IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 10 2010
DAVID J. MALAND, CLERK
BY
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. 5:10CR 40 |
| v. | * | |
| | * | |
| DARREL LOVE | * | |

# INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT ONE
Violation: 18 U.S.C. §844(e)
(Explosive Willfully Making a Threat).

On or about November 4, 2010, in the Eastern District of Texas and elsewhere, **Darrel Love**, Defendant herein, through the use of the telephone maliciously conveyed false information knowing the same to be false, concerning an attempt, alleged attempt to kill, injure, intimidate the occupants of the United States Federal Post Office Building in Texarkana, Texas, and willfully made a threat to kill, injure, and to intimidate the occupants of the United States Federal Post Office Building in Texarkana, Texas, by means of an explosive in or affecting interstate commerce.

In violation of 18 U.S.C. §844(e).

### COUNT TWO
Violation: 18 U.S.C. §1038(a)(1)
(False Information and Hoaxes).

On or about November 4, 2010, in the Eastern District of Texas and elsewhere, **Darrel Love**, Defendant herein, did intentionally convey false and misleading information, to wit: he used the telephone to make a bomb threat to the United States Federal Post Office Building in

Indictment - page 1

Texarkana, Texas, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken, was taking, and would take place, that would be a violation of 18 U.S.C. § 844(e) as alleged in count one.

In violation of 18 U.S.C. §1038(a)(1).

A TRUE BILL

*DMC*
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

Denise O. Simpson
Assistant U.S. Attorney

11/10/10
Date

Indictment - page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *  CRIMINAL NO. 5:10CR____ |
| v. | * |
| | * |
| DARREL LOVE | * |

## NOTICE OF PENALTY

### COUNT ONE

VIOLATION:    18 U.S.C. § 844(e)
Explosive Willfully Making a Threat

PENALTY:    A fine of not more than $250,000.00; imprisonment for not more than ten (10) years; a term of supervised release of not more than three (3) years.

SPECIAL ASSESSMENT:    $100.00 each count.

### COUNT TWO

VIOLATION:    18 U.S.C. § 1038
False Information and Hoaxes

PENALTY:    A fine of not more than $250,000.00; imprisonment for not more than five (5) years; a term of supervised release of not more than three (3) years.

SPECIAL ASSESSMENT:    $100.00 each count.

Indictment - page 3